IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) NO. 3:24-cr-00181 |
| v. | ) |
| | ) 18 U.S.C. § 1703(a) |
| DUJUAN BUTLER | ) |

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
OCT 02 2024
BY ___ JM
DEPUTY CLERK

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

On or about August 3, 2024, in the Middle District of Tennessee, the defendant, **DUJUAN BUTLER**, being a Postal Service employee, did unlawfully detain and delay any letter, postal card, package, bag, and mail entrusted to him and which came into his possession, and which was intended to be conveyed by mail, and carried and delivered by any carrier or other employee of the Postal Service, and forwarded through and delivered from any post office or station thereof established by authority of the Postmaster General or the Postal Service.

In violation of Title 18, United States Code, Section 1703(a).

A TRUE BILL

███████████

FOREPERSON

HENRY C. LEVENTIS
UNITED STATES ATTORNEY

*/s/ Nicholas J. Goldin*

NICHOLAS J. GOLDIN
ASSISTANT UNITED STATES ATTORNEY